# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON DOZAL,** *Plaintiff* | : : : | **CIVIL ACTION** **NO. 24-2775** |
| v. | : : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** *Defendant* | : : : : | |

## ORDER

**AND NOW**, this 28th day of June 2024, upon consideration of Defendant's *unopposed motion to stay responsive pleading deadline pending resolution of amended motion to consolidate*, (*see* ECF 5), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*